### 2996.   EBERHARDT v. THE STATE.

RUSSELL, J.   1. The evidence authorizes the verdict.

2. Requests for instructions to the jury are not a part of the record. Grounds of a motion for new trial, which except to the court's action in refusing to give or in qualifying certain requested instructions, are not sufficient, when the alleged requests are not set forth.

3. The assignments of error as to the charge of the court are not meritorious.                                    *Judgment affirmed.*

DECIDED AUGUST 4, 1911.

Conviction of manslaughter; from Elbert superior court—Judge Meadow.   October 1, 1910.

*Samuel L. Olive,* for plaintiff in error.

*Thomas J. Brown, solicitor-general,* contra.